| | | |
|---|---|---|
| RENE BIRCH BANKSTON, JR.<br>13482 JOHN CLARK RD<br>GULFPORT, MS 39503 | DAVID FOGEL<br>1225 FRANKLIN AVE<br>STE 101<br>GARDEN CITY, NY 11530 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY, OH 43054 | JONATHAN NEIL & ASSOCI<br>18321 VENTURA BLVD<br>STE 1000<br>TARZANA, CA 91356 |
| AMEX<br>PO BOX 981535<br>EL PASO, TX 79998 | EQUIPMENTSHARE<br>PO BOX 650429<br>DALLAS, TX 75265 | JOSHUA KESSELMAN<br>1915 HOLLYWOOD BLVD<br>STE 200<br>HOLLYWOOD, FL 33020 |
| BARCLAYS BANK DELAWARE<br>ATTN: BANKRUPTCY<br>PO BOX 8801<br>WILMINGTON, DE 19899 | FCCI INSURANCE<br>PO BOX 650429<br>ATLANTA, GA 30384 | JPMCB<br>MAILCODE LA4-7100<br>700 KANSAS LANE<br>MONROE, LA 71203 |
| CADENCE BANK<br>818 HWY 12 W<br>STARKVILLE, MS 39759 | FINTEGRA<br>1150 1ST AVE<br>STE 105<br>KING OF PRUSSIA, PA 19406 | KEESLER FCU<br>ATTN: BANKRUPTCY<br>2602 PASS RD<br>BILOXI, MS 39531 |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | GB COLLECTS LLC<br>1253 HADDONFIELD<br>BERLIN RD<br>VOORHEES, NJ 08043 | MS DEPT OF EMPLOYMENT<br>PO BOX 1699<br>JACKSON, MS 39215 |
| CBE GROUP<br>1309 TECHNOLOGY PKWY<br>CEDAR FALLS, IA 50613 | H&E EQUIPMENT<br>7500 PECUE LANE<br>BATON ROUGE, LA 70809 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON, MS 39225-2808 |
| CITIBANK<br>PO BOX 790040<br>ST LOUIS, MO 63179 | HERC RENTALS<br>18321 VENTURA BLVD<br>TARZANA, CA 91356 | ON DECK<br>4700 W . DAYBREAK PKWY<br>SOUTH JORDAN, UT 84009 |
| CREDIT ONE BANK<br>6801 CIMARRON RD<br>LAS VEGAS, NV 89113 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | ONDECK CAP<br>1400 BROADWAY<br>NEW YORK, NY 10018 |

```
SBA                              US DEPARTMENT OF LABOR
C/O US ATTORNEY'S OFFI           C/O US ATTORNEY
501 E COURT ST                   501 EAST COURT ST
STE. 4.430                       STE 4.430
JACKSON, MS 39201                JACKSON, MS 39201


SMALL BUSINESS ADMINIS           VINNIE AUBREY
P.O. BOX 740192                  3050 PEACHTREE RD NW
ATLANTA, GA 30374-0192           STE 240
                                 ATLANTA, GA 30305


SOUTHWAY CRANE
P.O. BOX 200494
DALLAS, TX 75320




SUNBELT RENTALS
P. O. BOX 409211
ATLANTA, GA 30384




THE LA SOURCE GROUP
8711 E PINNACLE PEAK
SCOTTSDALE, AZ 85255




UNIQUE FUNDING
71 S CENTRAL AVE,
VALLEY STREAM, NY 11580




UNITED RENTALS
2490 S COLLEGE ST
AUBURN, AL 36832




US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001




US DEPARTMENT OF LABOR
DFEC CENTRAL MAILROOM
P.O. BOX 8300
LONDON, KY 40742
```