# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Rene Birch Bankston, Jr., Debtor             Case No. 25-50674-KMS
                                                       **CHAPTER 7**

## MOTION TO EXTEND AUTOMATIC STAY

COMES NOW Debtor by and through their undersigned attorney, pursuant to 11 U.S.C. §362(c)(3)(B), and respectfully move this court to continue the automatic stay provided under 11 U.S.C. §362(a) as to all creditors, and in support thereof would show:

1. That this Court has jurisdiction over this matter pursuant to 11 U.S.C. §105(a), 28 U.S.C. §157(b)(1), and 28 U.S.C. §1334. This matter constitutes a core proceeding as defined by 28 U.S.C. §157(b)(2).

2. That on 05/08/2025, Debtor filed the petition for relief under Chapter 7 in the instant cause.

3. That on or about 3/31/2025 Debtor filed a Chapter 13 proceeding, case number 25-50452, and said case dismissed on 4/29/2025.

4. That debtor filed the instant case in good faith and only after a substantial change in the financial and personal affairs of the Debtor.

5. That this motion is not made for the purposes of delay, but in good faith.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully requests the Court continue the stay under 11 U.S.C. §362(a) as to all creditors for the duration of this Chapter 7 proceeding, or until such time as the stay is terminated under §362(c)(1) or (c)(2), or a motion for relief from stay is granted under §362(d). Debtors further requests any additional relief, general or specific, to which they may be entitled.

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Rene Birch Bankston, Jr., Debtor     Case No. \_\_\_25-50674\_\_\_ KMS

CHAPTER 7

## DECLARATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.
2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.
3. I filed this bankruptcy petition on 05/08/2025.
4. I previously filed bankruptcy case number 25-50452 under Chapter 13 on 3/31/2025 and that case was dismissed on 4/29/2025.
5. I have had no other pending bankruptcy cases in the preceding one-year period.
6. I have not had any prior cases dismissed in the past year for any of the following reasons:
   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.
7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a discharged chapter 7 case.
8. Those changes are as follows:

   My credit counseling had expired before I filed my previous case. I now have an unexpired credit counseling certificate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/08/2025

Rene Birch Bankston, Jr.

<u>CERTIFICATE OF SERVICE</u>

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Extend Automatic Stay and Declaration were forwarded on May 9, 2025, to:

By Electronic CM/ECF Notice:

    Case Trustee

    U.S. Trustee

                                     <u>/s/ Thomas C. Rollins, Jr.</u>
                                      Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-50674 |
|---|---|
| RENE BIRCH BANKSTON JR | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 5/9/2025, I did cause a copy of the following documents, described below,

Motion to Extend Stay and Declaration in Support

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/9/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-50674 |
| RENE BIRCH BANKSTON JR | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |

On 5/9/2025, a copy of the following documents, described below,

Motion to Extend Stay and Declaration in Support

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/9/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-50674<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI MAY 9 8-4-39 PST 2025 | ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501-2036~~ | AMEX<br>PO BOX 981535<br>EL PASO  TX 79998-1535 |

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON  DE 19899-8801

CBE GROUP
1309 TECHNOLOGY PKWY
CEDAR FALLS  IA 50613-6976

CADENCE BANK
818 HWY 12 W
STARKVILLE  MS 39759-3595

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CITIBANK
PO BOX 790040
ST LOUIS  MO 63179-0040

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS  NV 89113-2273

DAVID FOGEL
1225 FRANKLIN AVE
STE 101
GARDEN CITY  NY 11530-1659

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY  OH 43054-3025

(P)EQUIPMENTSHARE
ATTN TIM JOHNSON
2000 E BROADWAY PMB 124
COLUMBIA MO 65201-6009

FCCI INSURANCE
PO BOX 650429
ATLANTA  GA 30384-0001

FINTEGRA
1150 1ST AVE
STE 105
KING OF PRUSSIA  PA 19406-1350

GB COLLECTS LLC
1253 HADDONFIELD
BERLIN RD
VOORHEES  NJ 08043-4847

HE EQUIPMENT
7500 PECUE LANE
BATON ROUGE  LA 70809-5107

HERC RENTALS
18321 VENTURA BLVD
TARZANA  CA 91356-4228

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

JONATHAN NEIL  ASSOCI
18321 VENTURA BLVD
STE 1000
TARZANA  CA 91356-4255

JOSHUA KESSELMAN
1915 HOLLYWOOD BLVD
STE 200
HOLLYWOOD  FL 33020-4547

JPMCB
MAILCODE LA47100
700 KANSAS LANE
MONROE  LA 71203-4774

KEESLER FCU
ATTN BANKRUPTCY
2602 PASS RD
BILOXI  MS 39531-2728

MS DEPT OF EMPLOYMENT
PO BOX 1699
JACKSON  MS 39215-1699

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON  MS 39225-2808

ON DECK
4700 W  DAYBREAK PKWY
SOUTH JORDAN  UT 84009-5133

ONDECK CAP
1400 BROADWAY
NEW YORK  NY 10018-5300

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
SBA                             SMALL BUSINESS ADMINIS          SOUTHWAY CRANE
CO US ATTORNEYS OFFI            PO BOX 740192                   PO BOX 200494
501 E COURT ST                  ATLANTA   GA 30374-0192         DALLAS  TX 75320-0494
STE 4430
JACKSON  MS 39201-5025



SUNBELT RENTALS                 THE LA SOURCE GROUP             US ATTORNEY GENERAL
P O BOX 409211                  8711 E PINNACLE PEAK            US DEPT OF JUSTICE
ATLANTA  GA 30384-9211          SCOTTSDALE  AZ 85255-3517       950 PENNSYLVANIA AVENW
                                                                WASHINGTON  DC 20530-0001



US DEPARTMENT OF LABOR          US DEPARTMENT OF LABOR          UNIQUE FUNDING
DFEC CENTRAL MAILROOM           CO US ATTORNEY                  71 S CENTRAL AVE
PO BOX 8300                     501 EAST COURT ST               VALLEY STREAM  NY 11580-5495
LONDON  KY 40742-8300           STE 4430
                                JACKSON  MS 39201-5025


                                ~~EXCLUDE~~
UNITED RENTALS                  ~~UNITED STATES TRUSTEE~~       VINNIE AUBREY
2490 S COLLEGE ST               ~~501 EAST COURT STREET~~       3050 PEACHTREE RD NW
AUBURN  AL 36832-6920           ~~SUITE 6-430~~                 STE 240
                                ~~JACKSON  MS 39201-5022~~      ATLANTA  GA 30305-2212



DEBTOR                          ~~EXCLUDE~~                     ~~EXCLUDE~~
RENE BIRCH BANKSTON JR          ~~THOMAS CARL ROLLINS JR~~      ~~ZACHARY S WESSLER SR~~
13482 JOHN CLARK RD             ~~THE ROLLINS LAW FIRM  PLLC~~  ~~1806 23RD AVENUE  SUITE A~~
GULFPORT  MS 39503-4821         ~~PO BOX 13767~~                ~~GULFPORT  MS 39501-2963~~
                                ~~JACKSON  MS 39236-3767~~
```