United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-50674-KMS

Rene Birch Bankston, Jr.                                                              Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                         User: mssbad                                  Page 1 of 3

Date Rcvd: May 12, 2025                  Form ID: hn006kms                      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rene Birch Bankston, Jr., 13482 John Clark Rd, Gulfport, MS 39503-4821 |
| 5508772 | + | Cadence Bank, 818 Hwy 12 W, Starkville, MS 39759-3595 |
| 5508777 | + | David Fogel, 1225 Franklin Ave, Ste 101, Garden City, NY 11530-1659 |
| 5508780 | + | FCCI Insurance, PO Box 650429, Atlanta, GA 30384-0001 |
| 5508781 | + | Fintegra, 1150 1st Ave, Ste 105, King of Prussia, PA 19406-1350 |
| 5508783 | + | H&E Equipment, 7500 Pecue Lane, Baton Rouge, LA 70809-5107 |
| 5508784 | + | Herc Rentals, 18321 Ventura Blvd, Tarzana, CA 91356-4228 |
| 5508788 | + | Joshua Kesselman, 1915 Hollywood Blvd, Ste 200, Hollywood, FL 33020-4547 |
| 5508797 | + | Southway Crane, P.O. Box 200494, Dallas, TX 75320-0494 |
| 5508798 | + | Sunbelt Rentals, P. O. Box 409211, Atlanta, GA 30384-9211 |
| 5508799 | + | The LA Source Group, 8711 E Pinnacle Peak, Scottsdale, AZ 85255-3517 |
| 5508803 | + | US Department of Labor, DFEC Central Mailroom, P.O. Box 8300, London, KY 40742-8300 |
| 5508800 | + | Unique Funding, 71 S Central Ave,, Valley Stream, NY 11580-5495 |
| 5508805 | + | Vinnie Aubrey, 3050 Peachtree Rd NW, Ste 240, Atlanta, GA 30305-2212 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5508770 | + | Email/PDF: bncnotices@becket-lee.com | May 12 2025 19:31:25 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5508771 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 12 2025 19:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5508774 | + | Email/Text: bankruptcynotices@cbecompanies.com | May 12 2025 19:33:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 5508773 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 12 2025 19:31:30 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5508775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 12 2025 19:44:03 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5508776 | + | Email/PDF: creditonebknotifications@resurgent.com | May 12 2025 19:31:29 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5508778 | + | Email/Text: mrdiscen@discover.com | May 12 2025 19:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5508779 | | Email/Text: tim.s.johnson@equipmentshare.com | May 12 2025 19:33:00 | EquipmentShare, PO Box 650429, Dallas, TX 75265 |
| 5508782 | + | Email/Text: bankruptcy@gbcollects.com | May 12 2025 19:33:00 | GB Collects LLC, 1253 Haddonfield, Berlin Rd, Voorhees, NJ 08043-4847 |
| 5508786 | + | Email/Text: ebone.woods@usdoj.gov | May 12 2025 19:33:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5508785 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 12 2025 19:33:00 | Internal Revenue Servi, Centralized Insolvency, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 12, 2025 | Form ID: hn006kms | Total Noticed: 37 |

| | | | |
|---|---|---|---|
| | | | P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5508787 | + | Email/Text: srivera@jnacollect.com | |
| | | May 12 2025 19:33:00 | Jonathan Neil & Associ, 18321 Ventura Blvd, Ste 1000, Tarzana, CA 91356-4255 |
| 5508789 | + | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | May 12 2025 19:31:21 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5508790 | + | Email/Text: melissa.martin@kfcu.org | |
| | | May 12 2025 19:33:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5508791 | + | Email/Text: bankruptcy@mdes.ms.gov | |
| | | May 12 2025 19:33:00 | MS Dept of Employment, PO Box 1699, Jackson, MS 39215-1699 |
| 5508792 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | |
| | | May 12 2025 19:33:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5508793 | + | Email/Text: bankruptcy@ondeck.com | |
| | | May 12 2025 19:33:00 | On Deck, 4700 W . Daybreak Pkwy, South Jordan, UT 84009-5133 |
| 5508794 | + | Email/Text: bankruptcy@ondeck.com | |
| | | May 12 2025 19:33:00 | Ondeck Cap, 1400 Broadway, New York, NY 10018-5300 |
| 5508795 | + | Email/Text: ebone.woods@usdoj.gov | |
| | | May 12 2025 19:33:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5508796 | | Email/Text: bankruptcynotices@sba.gov | |
| | | May 12 2025 19:33:00 | Small Business Adminis, P.O. Box 740192, Atlanta, GA 30374-0192 |
| 5508798 | + | Email/Text: Bankruptcy@SunbeltRentals.com | |
| | | May 12 2025 19:33:00 | Sunbelt Rentals, P. O. Box 409211, Atlanta, GA 30384-9211 |
| 5508802 | ^ | MEBN | |
| | | May 12 2025 19:27:35 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5508804 | + | Email/Text: ebone.woods@usdoj.gov | |
| | | May 12 2025 19:33:00 | US Department of Labor, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5508801 | + | Email/Text: sluna@ur.com | |
| | | May 12 2025 19:33:00 | United Rentals, 2490 S College St, Auburn, AL 36832-6920 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2025 at the address(es) listed below:**

District/off: 0538-6                          User: mssbad                          Page 3 of 3
Date Rcvd: May 12, 2025                       Form ID: hn006kms                      Total Noticed: 37

| Name | Email Address |
| --- | --- |
| Thomas Carl Rollins, Jr | on behalf of Debtor Rene Birch Bankston  Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 3

Form hn006kms (Rev. 10/18)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    Rene Birch Bankston Jr.

              **CASE NO. 25−50674−KMS**

    **DEBTOR.**

              **CHAPTER 7**

## NOTICE OF HEARING AND DEADLINES

The Debtor has filed a Motion to Extend Automatic Stay (the "Motion") (Dkt. #9) with the Court in the above−styled case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a hearing on June 5, 2025, at 09:00 AM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before May 29, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS, 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001−1(e)(1)(B) or 4001−1(f)(1)(A), the Court may grant the Motion without conducting a hearing.

Dated: 5/11/25

              Danny L. Miller, Clerk of Court
              U.S. Bankruptcy Court
              Dan M. Russell, Jr. U.S. Courthouse
              2012 15th Street, Suite 244
              Gulfport, MS 39501
              228−563−1790

Courtroom Deputy
228−563−1797 (use to advise of settlement)
228−563−1841

Parties Noticed:

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX