United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-50674-KMS
Rene Birch Bankston, Jr.     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6    User: mssbad    Page 1 of 3
Date Rcvd: Jun 02, 2025    Form ID: pdf012    Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rene Birch Bankston, Jr., 13482 John Clark Rd, Gulfport, MS 39503-4821 |
| 5508772 | + | Cadence Bank, 818 Hwy 12 W, Starkville, MS 39759-3595 |
| 5508777 | + | David Fogel, 1225 Franklin Ave, Ste 101, Garden City, NY 11530-1659 |
| 5508780 | + | FCCI Insurance, PO Box 650429, Atlanta, GA 30384-0001 |
| 5508781 | + | Fintegra, 1150 1st Ave, Ste 105, King of Prussia, PA 19406-1350 |
| 5508783 | + | H&E Equipment, 7500 Pecue Lane, Baton Rouge, LA 70809-5107 |
| 5508784 | + | Herc Rentals, 18321 Ventura Blvd, Tarzana, CA 91356-4228 |
| 5508788 | + | Joshua Kesselman, 1915 Hollywood Blvd, Ste 200, Hollywood, FL 33020-4547 |
| 5508797 | + | Southway Crane, P.O. Box 200494, Dallas, TX 75320-0494 |
| 5508798 | + | Sunbelt Rentals, P. O. Box 409211, Atlanta, GA 30384-9211 |
| 5508799 | + | The LA Source Group, 8711 E Pinnacle Peak, Scottsdale, AZ 85255-3517 |
| 5508803 | + | US Department of Labor, DFEC Central Mailroom, P.O. Box 8300, London, KY 40742-8300 |
| 5508800 | + | Unique Funding, 71 S Central Ave,, Valley Stream, NY 11580-5495 |
| 5508805 | + | Vinnie Aubrey, 3050 Peachtree Rd NW, Ste 240, Atlanta, GA 30305-2212 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5508770 | + | Email/PDF: bncnotices@becket-lee.com | Jun 02 2025 19:50:08 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5508771 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 02 2025 19:40:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5508774 | + | Email/Text: bankruptcynotices@cbecompanies.com | Jun 02 2025 19:40:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 5508773 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 02 2025 19:50:07 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5508775 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 02 2025 19:50:08 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5508776 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 02 2025 19:50:08 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5508778 | + | Email/Text: mrdiscen@discover.com | Jun 02 2025 19:40:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5508779 | | Email/Text: tim.s.johnson@equipmentshare.com | Jun 02 2025 19:40:00 | EquipmentShare, PO Box 650429, Dallas, TX 75265 |
| 5508782 | + | Email/Text: bankruptcy@gbcollects.com | Jun 02 2025 19:40:00 | GB Collects LLC, 1253 Haddonfield, Berlin Rd, Voorhees, NJ 08043-4847 |
| 5508786 | + | Email/Text: ebone.woods@usdoj.gov | Jun 02 2025 19:40:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5508785 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 02 2025 19:40:00 | Internal Revenue Servi, Centralized Insolvency, |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: pdf012 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5508787 | + | Email/Text: srivera@jnacollect.com | Jun 02 2025 19:40:00 | Jonathan Neil & Associ, 18321 Ventura Blvd, Ste 1000, Tarzana, CA 91356-4255 |
| 5508789 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 02 2025 19:50:10 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5508790 | + | Email/Text: melissa.martin@kfcu.org | Jun 02 2025 19:40:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5508791 | + | Email/Text: bankruptcy@mdes.ms.gov | Jun 02 2025 19:40:00 | MS Dept of Employment, PO Box 1699, Jackson, MS 39215-1699 |
| 5508792 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Jun 02 2025 19:40:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5508793 | + | Email/Text: bankruptcy@ondeck.com | Jun 02 2025 19:40:00 | On Deck, 4700 W . Daybreak Pkwy, South Jordan, UT 84009-5133 |
| 5508794 | + | Email/Text: bankruptcy@ondeck.com | Jun 02 2025 19:40:00 | Ondeck Cap, 1400 Broadway, New York, NY 10018-5300 |
| 5508795 | + | Email/Text: ebone.woods@usdoj.gov | Jun 02 2025 19:40:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5508796 | | Email/Text: bankruptcynotices@sba.gov | Jun 02 2025 19:40:00 | Small Business Adminis, P.O. Box 740192, Atlanta, GA 30374-0192 |
| 5508798 | + | Email/Text: Bankruptcy@SunbeltRentals.com | Jun 02 2025 19:40:00 | Sunbelt Rentals, P. O. Box 409211, Atlanta, GA 30384-9211 |
| 5508802 | ^ | MEBN | Jun 02 2025 19:35:16 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5508804 | + | Email/Text: ebone.woods@usdoj.gov | Jun 02 2025 19:40:00 | US Department of Labor, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5508800 | + | Email/Text: bankruptcynotices@ufsfunding.com | Jun 03 2025 11:24:54 | Unique Funding, 71 S Central Ave,, Valley Stream, NY 11580-5495 |
| 5508801 | + | Email/Text: sluna@ur.com | Jun 02 2025 19:40:00 | United Rentals, 2490 S College St, Auburn, AL 36832-6920 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2025              Signature:      /s/Gustava Winters

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: pdf012 | Total Noticed: 37 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Rene Birch Bankston Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 3



**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: June 2, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Rene Birch Bankston, Jr., Debtor                Case No. 25-50674-KMS
                                                         CHAPTER 7

ORDER ON MOTION TO EXTEND AUTOMATIC STAY

ON THIS DATE the Court considered the Motion for Extension of Automatic Stay (the "Motion") and Declaration in support thereof (Dkt. # 9 ) filed by the Debtor(s) and its "Standing Order Regarding Motion to Extend or Impose the Automatic Stay" (the "Automatic Stay Standing Order") and the Notice of Hearing and Deadlines (the "Hearing Notice") (Dkt. # 11). The Hearing Notice included an objection deadline, and provided that, if no objection to the Motion was timely filed by the stated deadline, then the Motion could be granted as unopposed. No objection to the extension of the automatic stay was timely filed by any party. Accordingly, the Court finds that just cause exists for the entry of the following order. It is therefore,

**ORDERED** and **ADJUDGED** that the Motion filed by the Debtor(s) is hereby GRANTED and the automatic stay is hereby **EXTENDED AS TO ALL CREDITORS** pursuant to 11 U.S.C. § 362(c)(3)(B).

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR