Certificate Number: 17082-MSS-DE-039736021

Bankruptcy Case Number: 25-50674



17082-MSS-DE-039736021

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 5, 2025, at 8:10 o'clock AM MST, RENE B BANKSTON Jr completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: June 5, 2025

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director