United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50674-KMS
Rene Birch Bankston, Jr. Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Aug 15, 2025      Form ID: 318      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rene Birch Bankston, Jr., 13482 John Clark Rd, Gulfport, MS 39503-4821 |
| 5508772 | + | Cadence Bank, 818 Hwy 12 W, Starkville, MS 39759-3595 |
| 5508777 | + | David Fogel, 1225 Franklin Ave, Ste 101, Garden City, NY 11530-1659 |
| 5508780 | + | FCCI Insurance, PO Box 650429, Atlanta, GA 30384-0001 |
| 5508781 | + | Fintegra, 1150 1st Ave, Ste 105, King of Prussia, PA 19406-1350 |
| 5508783 | + | H&E Equipment, 7500 Pecue Lane, Baton Rouge, LA 70809-5107 |
| 5508784 | + | Herc Rentals, 18321 Ventura Blvd, Tarzana, CA 91356-4228 |
| 5508788 | + | Joshua Kesselman, 1915 Hollywood Blvd, Ste 200, Hollywood, FL 33020-4547 |
| 5508797 | + | Southway Crane, P.O. Box 200494, Dallas, TX 75320-0494 |
| 5508799 | + | The LA Source Group, 8711 E Pinnacle Peak, Scottsdale, AZ 85255-3517 |
| 5508803 | + | US Department of Labor, DFEC Central Mailroom, P.O. Box 8300, London, KY 40742-8300 |
| 5508800 | + | Unique Funding, 71 S Central Ave,, Valley Stream, NY 11580-5495 |
| 5508805 | + | Vinnie Aubrey, 3050 Peachtree Rd NW, Ste 240, Atlanta, GA 30305-2212 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5508770 | + | Email/PDF: bncnotices@becket-lee.com | Aug 15 2025 20:22:44 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5508771 | + | EDI: TSYS2 | Aug 15 2025 23:43:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5508774 | + | Email/Text: bankruptcynotices@cbecompanies.com | Aug 15 2025 20:28:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 5508773 | + | EDI: CAPITALONE.COM | Aug 15 2025 23:43:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5508775 | + | EDI: CITICORP | Aug 15 2025 23:43:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5508776 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 15 2025 20:02:22 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5508778 | + | EDI: DISCOVER | Aug 15 2025 23:43:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5508779 | | Email/Text: tim.s.johnson@equipmentshare.com | Aug 15 2025 20:28:00 | EquipmentShare, PO Box 650429, Dallas, TX 75265 |
| 5508782 | + | Email/Text: bankruptcy@gbcollects.com | Aug 15 2025 20:28:00 | GB Collects LLC, 1253 Haddonfield, Berlin Rd, Voorhees, NJ 08043-4847 |
| 5508786 | + | Email/Text: ebone.woods@usdoj.gov | Aug 15 2025 20:28:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5508785 | | EDI: IRS.COM | Aug 15 2025 23:43:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: 318 | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| 5508787 | + | Email/Text: srivera@jnacollect.com | | |
| | | | Aug 15 2025 20:28:00 | Jonathan Neil & Associ, 18321 Ventura Blvd, Ste 1000, Tarzana, CA 91356-4255 |
| 5508789 | + | EDI: JPMORGANCHASE | | |
| | | | Aug 15 2025 23:43:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5508790 | + | Email/Text: melissa.martin@kfcu.org | | |
| | | | Aug 15 2025 20:28:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5508791 | + | Email/Text: bankruptcy@mdes.ms.gov | | |
| | | | Aug 15 2025 20:28:00 | MS Dept of Employment, PO Box 1699, Jackson, MS 39215-1699 |
| 5508792 | | EDI: MSDOR | | |
| | | | Aug 15 2025 23:43:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5508793 | + | Email/Text: bankruptcy@ondeck.com | | |
| | | | Aug 15 2025 20:28:00 | On Deck, 4700 W . Daybreak Pkwy, South Jordan, UT 84009-5133 |
| 5508794 | + | Email/Text: bankruptcy@ondeck.com | | |
| | | | Aug 15 2025 20:28:00 | Ondeck Cap, 1400 Broadway, New York, NY 10018-5300 |
| 5508795 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | Aug 15 2025 20:28:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5508796 | | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Aug 15 2025 20:28:00 | Small Business Adminis, P.O. Box 740192, Atlanta, GA 30374-0192 |
| 5508798 | + | Email/Text: Bankruptcy@SunbeltRentals.com | | |
| | | | Aug 15 2025 20:28:00 | Sunbelt Rentals, P. O. Box 409211, Atlanta, GA 30384-9211 |
| 5508802 | | ^  MEBN | | |
| | | | Aug 15 2025 19:43:48 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5508804 | + | Email/Text: ebone.woods@usdoj.gov | | |
| | | | Aug 15 2025 20:28:00 | US Department of Labor, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5508801 | + | Email/Text: sluna@ur.com | | |
| | | | Aug 15 2025 20:28:00 | United Rentals, 2490 S College St, Auburn, AL 36832-6920 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2025         Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 15, 2025 | Form ID: 318 | Total Noticed: 37 |

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Rene Birch Bankston Jr. trollins@therollinsfirm.com, jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 3

| | | | |
|---|---|---|---|
| *Information to identify the case:* | | | |
| Debtor 1 | **Rene Birch Bankston Jr.** | Social Security number or ITIN | **xxx−xx−5676** |
| | First Name   Middle Name   Last Name | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | | |
| Case number:   **25−50674−KMS** | | | |

## Order of Discharge                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Rene Birch Bankston Jr.**
aka Rene Bankston Jr, aka Rene Bankston

Dated: 8/15/25

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                    **Order of Discharge**                        page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**